E-filing    E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C

Name   POPE          ANTHONY              L
       (Last)        (First)           (Initial)

Prisoner Number  J-18522

Institutional Address  CSP-SOLANO, P.O. BOX 4000, Vacaville, CA  95696-4000

==================================================================

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV  08        642

ANTHONY LASHAWN POPE
(Enter the full name of the
plaintiff in this action)

Case No. _____
(To be provided by the clerk
of court)

vs.

D.K. SISTO (Warden)

COMPLAINT UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C § 1983

_____

_____

_____

(Enter the full name of the
defendant(s) in this action)

All questions on this complaint form must be answered in order
for your action to proceed.

I.   **Exhaustion of Administrative Remedies**

**Note:**  You must exhaust your administrative remedies before
your claim can go forward.  The court will dismiss any
unexhausted claims.

A.   Place of present confinement  CSP- Solano Prison

B.   Is there a grievance procedure in this institution?
     YES ( ✓ )    NO ( )

C.   Did you present the facts in your complaint for review
     through the grievance procedure?   YES( )   NO (✓)

If your answer is Yes, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1.    Informal appeal _____

_____

2.    First formal level _____

_____

3.    Second formal level _____

_____

4.    Third formal level _____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?    YES ( )    NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. <u>My grievance is with the A.G.</u>

<u>There is no grievance procedure for A.G. except to file this WRIT</u>

II.    **Parties**

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. <u>ANTHONY LASHAWN POPE    J-18522</u>
   <u>CSP-SOLANO   1-244-U</u>
   <u>P.O. BOX 4000</u>
   <u>Vacaville, CA. 95696-4000</u>

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. _____

_____

_____

_____

II.   Statement of Claim.

        State here as briefly as possible the facts of your case.   Be
sure to describe how each defendant is involved and to include dates,
when possible.   Do not give any legal arguments or cite any cases or
statutes.   If you have more than one claim, each claim should be set
forth in a separate numbered paragraph.

On 2-20-08 I received an envelope from the Attorney General's office which was legal mail. Inside was an answer or rather an response from the Attorney General asking the Northern District of California for an extension of time and the Northern District granting a 30 day extention. There were three separate parts enclosed in the envelope. One was the Application For Enlargement Of Time To File Answer. Second was Declaration Of Counsel In Support Of Application For Enlargement Of Time To File Answer. Third was the Order.

On the Declaration Of Counsel In Support Of Application For Inlargement Of Time To File Answer on the first page and last paragraph it says "In 2004, petitioner was convicted in Solano County of fifteen counts of various child molestation upon multiple victims. He was sentenced to 8 years and four months in prison. He has unsuccessfully pursued state direct and collateral review."

I was never detained, arrested, or sentenced to any kind of child molestation in 2004 upon any child. In fact I was never detained, arrested, or sentenced in any county on planet earth ever of child molestation.

I was arrested in Alameda County in Oakland, CA on December 26, 2002 and sentenced to 19 years on  —

Statement of Claim :
Continued pg. 2
April 2, 2004 for Second Degree Attempted
Robbery.
  This false accusation and conviction is
causing me an undue amount of pain and
suffering, emotional stress because the
Attorney General now has every convict
believing that I'm a child molester. For the
Attorney General to be the head state lawyer
of California and a Professional business
person he should know better than to Defame
a Persons Character, or Slander a persons
name which is Libel. It's all DEFAMATION
OF CHARACTER
  Also Prosecutors misstatement of evidence
is a Due Process Violation.
  I'm asking that I be issued another
Declaration Of Counsel In Support Of
Application For Enlargement Of Time To
File Answer minus the False Child
Molestation accusations which is the
last paragraph on first page plus damages
in the amount of $50,000.oo from the
Attorney Generals Office.
  This is not just harmless error because the
Attorney General is saying I was detained, -

Statement Of Claim:
Continued pg. 3
arrested, and sentenced to a totally
different crime than what I am actually
in prison for. Plus he said I was sentenced
to 18 years and 4 months when in fact I
was sentenced to 19 years.

  Child Molesters are not liked in prison or
on the outside of prison in normal society
and the Attorney General has planted a
seed that will only grow. There has been
documented evidence of people being
falsely accused and murdered.


Anthony Sabhawn Pope
Dated : 5-20-08

CASE LAW:

Page 1

① Shively v. Bozanich, supra, 31 Cal. 4th 1230, 1238, alleged that she had been defamed by being described as a "felony probationer" In the book A Problem Of Evidence. Published by Deputy District Attorney Peter Bozanich who told author Joseph Bosco that Jill Shively was a "felony probationer", adding that the district attorneys office had "checked it out." Joseph Bosco and William Morrow and Company published the book in December 1996.

② Khawar v. Globe Intern., Inc., (Cal. 1998) 79 Cal. Rptr. 2d 178, 19 Cal. 4th 1073A   Claimant was accused of assassinating presidential candidant, Senator Robert F. Kennedy, in a newspaper article when facts show Sirhan Sirhan assassinated the Senator and the claimant who was a photojournalist wasn't even a suspect in the governments investigation. The jury found negligence and actual Malice which in turn supports the award of compensatory and punitice damages.

③ Robledo - Vela v. U.S. 45 Fed. appx 567 (2002) Prosecutors misstatement of evidence wasn't harmless error.

④ Smith v. Wade, 103 S.Ct. 1625, 461 U.S. 30 (U.S. Mo. 1983) Could be held liable for Punitive damages upon a finding of reckless or careless disregard or indifference to convicts rights or safety.

⑤ "Harte - Hanks Communications v. Connaughton, supra, 491 U.S. 657, 688 109 S.Ct. 2678, 105 L.Ed. 2d 562 Had a high degree of awareness of... Probable falsity and failed to adhere to Professional standards, which prooves Malice.

⑥ Cf. Tocker v. Great A & P Tea Co. (D.C. App. 1963) 190 A. 2d 822, 824.
The slander heard by one person is no less a slander than that heard by a multitude.

IV.    Relief

Your complaint cannot go forward unless you request specific
relief. State briefly exactly what you want the court to do for you.
Make no legal arguments; cite no cases or statutes.

I'm asking that I be sent another Declaration Of Counsel In
Support Of Application For Enlargement Of Time To File Answer
minus the false Child Molestation accusations. Also Damages
in the amount of $50,000.00

I declare under penalty of perjury that the foregoing is true and
correct.

Signed this ___20th___ day of ___May___ , ___2008___

___Anthony L. Pope___
(Plaintiff's signature)

4

# EXHIBIT COVER PAGE:

**Exhibit:** ___A_____

**Description of this exhibit:**
Application For Enlargement Of Time
To File Answer

**Number of pages of this exhibit:**___3___**pages**

**JURISDICTION:  (Check only one)**

_____**Municipal Court**

_____**Superior Court**

_____**Appellate Court**

_____**State Supreme Court**

__✓__**United States District Court**

_____**United States Circuit Court**

_____**United States Supreme Court**

_____**California Department of Corrections, 602 Exhibit.**

1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102
    Telephone: (415) 703-5964
8   Fax: (415) 703-1234
    E-mail: gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  |                          | C 07-0434 CRB (PR)
    | ANTHONY L. POPE,         |
14  |                          | **APPLICATION FOR**
    |             Petitioner,  | **ENLARGEMENT OF TIME TO**
15  |                          | **FILE ANSWER**
    |        v.                |
16  |                          |
    | D.K. SISTO, Warden,      |
17  |                          |
    |             Respondent.  |
18

19

20          For the reasons stated in the accompanying declaration of counsel, respondent hereby

21  requests a thirty-day enlargement of time in which to file its answer or other pleading responsive to

22  the petition for writ of habeas corpus. As explained in the accompanying declaration, counsel has

23  not yet received the entire record of petitioner's state proceedings.  Counsel cannot determine

24  whether the petition is timely or exhausted, and cannot yet address petitioner's claim on the merits,

25  even assuming timeliness and exhaustion.

26          Counsel has not contacted petitioner regarding this request, as he is in custody and not

27  represented by counsel.

28

APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER – *Pope v. Sisto*, C 07-0434 CRB (PR)              1

1          WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

2    time, to and including March 12, 2008, in which to file his answer.

3          Dated: February 14, 2008

4                                              Respectfully submitted,

5                                              EDMUND G. BROWN JR.
                                               Attorney General
6                                              DANE R. GILLETTE
                                               Chief Assistant Attorney General
7                                              GERALD A. ENGLER
                                               Senior Assistant Attorney General
8                                              PEGGY S. RUFFRA
                                               Supervising Deputy Attorney General
9

10                                             /s/ Gregory A. Ott
                                               GREGORY A. OTT
11                                             Deputy Attorney General

12                                             Attorneys for Respondent

13
     GAO
14   40218727.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Pope v. Sisto, Warden**

No.:   **C 07-0434 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On February 15, 2008, I served the attached

## APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER

## DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER

## ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Anthony LaShawn Pope
CDC No. J-18522
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 15, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

40218738.wpd

# EXHIBIT COVER PAGE:

**Exhibit:** _B_____

**Description of this exhibit:**

Declaration Of Counsel In Support Of
Application For Enlargement Of
Time To File Answer

**Number of pages of this exhibit:** _2___ **pages**

**JURISDICTION:  (Check only one)**

_____**Municipal Court**

_____**Superior Court**

_____**Appellate Court**

_____**State Supreme Court**

_✓__**United States District Court**

_____**United States Circuit Court**

_____**United States Supreme Court**

_____**California Department of Corrections, 602 Exhibit.**

1    EDMUND G. BROWN JR.
     Attorney General
2    DANE R. GILLETTE
     Chief Assistant Attorney General
3    GERALD A. ENGLER
     Senior Assistant Attorney General
4    PEGGY S. RUFFRA
     Supervising Deputy Attorney General
5    GREGORY A. OTT
     Deputy Attorney General
6    State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102
     Telephone: (415) 703-5964
8    Fax: (415) 703-1234
     E-mail: gregory.ott@doj.ca.gov
9    Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13                                              C 07-0434 CRB (PR)
     ANTHONY L. POPE,
14                                              DECLARATION OF COUNSEL IN
                                    Petitioner,  SUPPORT OF APPLICATION FOR
15                                              ENLARGEMENT OF TIME TO
         v.                                     FILE ANSWER
16
     D.K. SISTO, Warden,
17
                                    Respondent.
18

19

20       I, GREGORY A. OTT, declare under penalty of perjury as follows:

21       I am the California Deputy Attorney General assigned to represent respondent in this case.

22   Respondent's answer was due on February 11, 2008, per this Court's December 14, 2007, Order To

23   Show Cause. I recognize that the instant application is three days beyond its due date, and apologize

24   to the Court and petitioner for an inconvenience caused.

25       I have not previously requested an enlargement of time in this case.

26       In 2004, petitioner was convicted in Solano County of fifteen counts of various child

27   molestation upon multiple victims. He was sentenced to eighteen years and four months in prison.

28   He has unsuccessfully pursued state direct and collateral review.

DECLARATION OF COUNSEL IN SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER – *Pope v. Sisto*, C 07-0434 CRB (PR)                1

1          I request an additional thirty days to file my answer for the following reasons. I have not

2  yet received the bulk of the record of petitioner's state conviction and post-conviction proceedings.

3  Because petitioner did not directly appeal from his judgment, no "record on appeal" was generated

4  in state court; this office previously had no record at all of petitioner's conviction. Since receiving

5  this Court's Order to Show Cause, I have begun recreating the record, albeit small—petitioner's

6  judgment is based on a plea—of petitioner's judgment. I have received some, but not all, of the

7  record of petitioner's conviction from the Alameda County Superior Court. I am also still receiving

8  the record of petitioner's numerous state collateral review petitions and orders. At this point, I

9  cannot determine whether the petition is exhausted or timely. Even assuming timeliness and

10 exhaustion, I cannot address petitioner's numerous claims on the merits until I receive the balance

11 of the state record. I anticipate receiving the balance of my requested materials by the end of next

12 week. Should I receive the materials in that time frame, I do not anticipate needing additional time

13 to respond to the answer.

14         I have not contacted petitioner regarding this request, as he is in custody and not

15 represented by counsel.

16         Accordingly, I request that the Court grant respondent to and including March 12, 2008,

17 in which to file its answer or other response to the petition.

18         I declare under penalty of perjury of the laws of the State of California and the United

19 States of America that the foregoing is true and correct. Executed at San Francisco, California on

20 February 14, 2008.

21

22

23                                              /s/ Gregory A. Ott
                                                GREGORY A. OTT
24                                              Deputy Attorney General

25

26

27

28

# EXHIBIT COVER PAGE:

Exhibit: C

Description of this exhibit:

Order

Number of pages of this exhibit: 1 pages

JURISDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

✓ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

_____ Other: _____

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
                                              C 07-0434 CRB (PR)
12    ANTHONY L. POPE,
                                              **ORDER**
13                              Petitioner,
14          v.
15    D.K. SISTO, Warden,
16                              Respondent.
17

18          GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March

19    12, 2008, to file his answer to the petition for writ of habeas corpus. If Petitioner wishes to respond

20    to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within

21    thirty days of service of the answer.

22          Respondent may file a motion to dismiss on procedural grounds in lieu of an answer. If

23    Respondent files such a motion, Petitioner shall file with the court and serve on Respondent an

24    opposition or statement of nonopposition within thirty days of receipt of the motion, and Respondent

25    shall file with the court and serve on Petitioner a reply within fifteen days of receipt of any

26    opposition.

27    DATED: _____, 2008.

28                                    _____
                                      CHARLES R. BREYER
                                      United States District Judge

# EXHIBIT COVER PAGE:

Exhibit: D

Description of this exhibit:
Arraignment cases (Current & Priors)

Number of pages of this exhibit: 5 pages

## JURISDICTION:  (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

✓ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

_____ Other: _____

Dept. No. 112
12/30/02  I/C

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA,
WILEY W. MANUEL COURTHOUSE

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | NO.    485058 |
| | COMPLAINT |
| v. | |
| | DEC 3 0 2002 |
| **ANTHONY POPE** | PFN: AOS576    CEN: 2804TAN |
| | |
| | |
| Defendant(s). | |

The Undersigned, being sworn says, on Information and belief, that ANTHONY POPE did, in the County of Alameda, State of California, on or about December 26, 2002, commit a Felony, to wit: ATTEMPTED SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, in that said defendant(s) did unlawfully, and by means of force and fear take personal property from the person, possession, and immediate presence of ADRIANA LOPEZ.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code Section 1192.7(c)."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

### FIRST PRIOR CONVICTION AS TO DEFENDANT POPE
The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about August 16, 1994, was convicted in the Superior Court of the State of California, in and for the County of CONTRA COSTA, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)
It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY
It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## SECOND PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about April 20, 1994, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

## 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

## CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## THIRD PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about April 20, 1994, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

## 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

## CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## FOURTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

## 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

## CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## FIFTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## SIXTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## SEVENTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## EIGHTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about April 3, 1990, was convicted in the Superior Court of the State of California, in and for the County of CONTRA COSTA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a sentence of probation therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## NINTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 14, 1994, was convicted in the Superior Court of the State of California, in and for the County of LASSEN, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

## CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Complainant therefore prays that a warrant issue and that said defendant(s) be dealt with according to law.

Subscribed and sworn to before me,
Monday, December 30, 2002

_SGT. E. Teates_
/s/ Oakland PD-02-120533

SANDRA L. QUIST
Assistant District Attorney
State Bar #72309 sq
Alameda County, California

1

2

**FILED**

3

**APR X 1 2008**

4

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

ANTHONY L. POPE,                    )
                                    )
            Petitioner,             )          No. C 08-1502 CRB (PR)
                                    )
    vs.                             )          ORDER OF DISMISSAL
                                    )
D. K. SISTO, Warden,                )
                                    )
            Respondent(s).          )
_____    )

14

15

16

17

18

19          Anthony L. Pope, a prisoner at California State Prison, Solano, has filed a

20      pro se petition for a writ of habeas corpus alleging defamation of character.

21      Specifically, Pope alleges that the attorney general's office incorrectly referred to

22      him as a child molester in a declaration filed in support of a request for an

23      extension of time in a pending habeas case of his in this court. Pope seeks an

24      order requiring the attorney general to file a new declaration and damages in the

25      amount of $50,000.

26          The petition for a writ of habeas corpus is DISMISSED without prejudice

27      to filing a civil rights complaint under 42 U.S.C. § 1983. The Ninth Circuit has

28      made clear that habeas jurisdiction is absent, and a § 1983 action proper, where,

1    as here, a successful challenge will not necessarily shorten the prisoner's

2    sentence. See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003).

3        The clerk shall enter judgment in accordance with this order, terminate all

4    pending motions as moot and close the file.

5    SO ORDERED.

6    DATED: __MAR 3 1 2008__

7                    _____
                    CHARLES R. BREYER
                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
G:\PRO-SE\CRB\HC.08\Pope, A1.or1.wpd
27

28                            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. POPE,

                    Plaintiff,

v.

D.K. SISTO et al,

                    Defendant.
_____/

Case Number: CV08-01502 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony LaShawn Pope J-18522
CSP - Solano
1-244-U
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: April 1, 2008

                         Richard W. Wieking, Clerk

                         *Tracy Lucero*

                         By: Tracy Lucero, Deputy Clerk

**FILED**

IN THE UNITED STATES DISTRICT COURT

APR X 1 2008

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. POPE,

No. CV-08-1502 CRB (PR)

Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

D. K. SISTO, Warden,

Respondent(s).

_____/

    () **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983.

Dated: April 1, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

### UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. POPE,

       Plaintiff,

v.

D.K. SISTO et al,

       Defendant.

_____/

Case Number: CV08-01502 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony LaShawn Pope J-18522
CSP - Solano
1-244-U
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: April 1, 2008

                     Richard W. Wieking, Clerk

                     *Tracy Lucero*

                     By: Tracy Lucero, Deputy Clerk



CSP SOLANO
STATE PRISON

Anthony L. Pope J-18522
CSP. SOLANO   1-244-U
P.O. Box 4000
Vacaville, CA. 95696-4000

CALIFORNIA STATE PRISON-SOLANO

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA. 94102