FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAY 27 2008

E-filing   RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony L. Pope )
                )
        Plaintiff, )   CASE NO. CV 08  2642
                )
v.              )   PRISONER'S
                )   IN FORMA PAUPERIS
D.K. SISTO      )   APPLICATION                    CRB
                )
        Defendant. )
                )                                   (PR)

I, __Anthony L. Pope__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes _____   No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Christies Welding Constructors Inc. Seaport Ave, Richmond, CA.
2002 last worked - $1,900 gross monthly

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes _____ No ✓

    b. Income from stocks, bonds, or royalties?      Yes _____ No ✓

    c. Rent payments?      Yes _____ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes _____ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes _____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married? Yes ✓ No _____

Spouse's Full Name: Veronica Renee Washington

Spouse's Place of Employment: None

Spouse's Monthly Salary, Wages or Income:

Gross $ 600.00      Net $ 600.00

4. a. List amount you contribute to your spouse's support:

$ None

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

None

_____

5. Do you own or are you buying a home? Yes _____ No ✓

Estimated Market Value: $ —      Amount of Mortgage: $ —

6. Do you own an automobile? Yes _____ No ✓

Make —      Year —      Model —

Is it financed? Yes — No — If so, Total due: $ —

Monthly Payment: $ —

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes \_\_\_\_\_  No ✓

Name(s) and address(es) of bank: _____

Present balance(s): $ 0

Do you own any cash? Yes \_\_\_\_\_ No ✓ Amount: $ —

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes \_\_\_\_\_ No ✓

—

8. What are your monthly expenses?

Rent: $ —           Utilities: —

Food: $ —           Clothing: —

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

No  —

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-20-08                      Anthony L. Pope
DATE                         SIGNATURE OF APPLICANT

3

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Anthony L. Pope_ for the last six months at
[prisoner name]

_CSP-SOLANO_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: _____        _____
                            Authorized officer of the institution

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

__Anthony L. Pope_____ for the last six months at
[prisoner name]

__CSP-SOLANO_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____
                           Authorized officer of the institution

4