IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. POPE, | No. CV 08-02642 CRB , |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| D.K. SISTO, | |
| Defendant. / | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that the complaint is dismissed under the authority of 28 U.S.C. § 1915A(b).

Dated: June 2, 2008                                            Richard W. Wieking, Clerk

                                                                             By:
                                                                             Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. POPE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D.K. SISTO et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV08-02642 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony LaShawn Pope J-18522
CSP - Solano
1-244-U
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: June 2, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Barbara Espinoza, Deputy Clerk